# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____*Attorneys' at Law*_____

March 23, 2023

**Via ECF**

The Honorable Joan M. Azrack
United States District Judge
United State District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

     Re:    Daddino and Brennan v. Valley Stream CHSD, et al.,
               16-CV-6638 (JMA) (ARL)

Your Honor:

     This office represents the Plaintiff in the above referenced matter. I write on behalf of all parties to make a joint request for an extension. On March 17, 2023, the Court issued an order setting pre-trial deadlines (Dkt 91). Then, on March 21, 2022, the Court issued a separate scheduling order moving the trial back two weeks, but maintain the pre-trial schedule. The parties just scheduled a private mediation for April 10. We ask that the Court move the pre-trial deadlines back two weeks to allow the parties time to focus on the mediation and save resources for a possible resolution.

     We thank the Court for its attention to this matter.

                                          LEEDS BROWN LAW, P.C.

                                                    _____/s/_____
                                                    Rick Ostrove

Cc: All Counsel (Via ECF)