UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALPHONSO DADDINO and JOHN BRENNAN,

        Plaintiffs,                         **STIPULATION OF DISCONTINUANCE**

                                                       DOCKET NO.: 16 CV 6638

-against-

VALLEY STREAM CENTRAL HIGH SCHOOL
DISTRICT, CECILIA SANOSSIAN, CLIFFORD
ODELL, and BILL HEIDENREICH, in their official
and individual capacities,

        Defendants.

-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and the attorneys for all parties in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same is hereby discontinued against the Defendant, with prejudice, without costs or fees to either party. The Stipulation may be filed without notice with the Clerk of the Court.

Dated: White Plains, New York
        ~~May~~ 6/2, 2023

_____
Rick Ostrove, Esq.
**Leeds Brown Law P.C.**
Attorneys for Plaintiffs,
Alphonso Daddino and John Brennan
One Old Country Road, Ste. 347
Carle Place, New York 11514
(Tel) 516-873-9550

_____
Lewis Silverman, Esq.
**Silverman & Associates**
Attorneys for Defendants, Valley Stream Central
High School District, Bill Heidenreich and Cliff Odell
445 Hamilton Ave, Suite #1102
White Plains, NY 10601
(Tel) 914-574-4510

_____
James Randazzo, Esq.
**Portale Randazzo, LLP**
Attorneys for Defendant, Cecilia Sanossian
245 Main Street, Suite 605
White Plains, New York 10601
(Tel) 914-359-2400